UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JIMENEZ, in a Representative capacity only, on behalf of all aggrieved employees,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CRC PROPERTY MANAGEMENT WEST INC., a California Corporation; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:19-CV-01547-JAH(MSB)<br><br>**ORDER VACATING HEARING DATE AND TAKING MOTION UNDER SUBMISSION** |

After careful review of the parties' submissions, the Court deems Plaintiff's Motion to Remand to State Court, (doc. no. 14), suitable for adjudication without oral argument. See CivLR 7.1 (d.1). The Court notes that Defendant has filed an Opposition to the Motion to Remand, (doc. no. 24), and that Plaintiff has filed a Reply in Support of Plaintiff's Motion to Remand (doc. no. 25).

//
//
//
//
//

1

1 | Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion is taken under submission without oral argument, and the hearing date set for October 21, 2019, at 2:30 p.m., before this Court, is **VACATED**.

**IT IS SO ORDERED**.

DATED: October 18, 2019

_____
JOHN A. HOUSTON
United States District Judge