UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JIMENEZ, in a Representative capacity only, on behalf of all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CRC PROPERTY MANAGEMENT WEST INC, et al.,<br><br>Defendants. | Case No.: 19cv1547-JAH(MSB)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S EX PARTE MOTION TO QUASH DEFENDANT'S SUBPOENA [ECF NO. 27]** |

On October 24, 2019, Plaintiff filed an "Ex Parte Application to Quash Defendant's Subpoena." (ECF No. 27.) On October 25, 2019, the Court issued a briefing schedule requiring Defendant to file an opposition by November 8, 2019. (ECF No. 28.)

On November 8, 2019, Defendant filed a "Notice Regarding Withdrawal of Subpoena to Produce Documents, Information, or Objects to Cellco Partnership d/b/a Verizon Wireless." (ECF No. 31.) Defendant alleges that it "has learned that the phone number associated with the Subpoena issued to Verizon is in error," and that Defendant will therefore withdraw the subpoena. (Id. at 2.) Defendant further contends that its withdrawal of the subpoena renders moot Plaintiff's motion to quash. (Id.)

In light of Defendant's representations, the Court finds that the Plaintiff's motion to quash Defendant's subpoena [ECF No. 27] is moot, and **DENIES** the motion.

**IT IS SO ORDERED.**

Dated: November 12, 2019

Honorable Michael S. Berg
United States Magistrate Judge