UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JIMENEZ, in a representative capacity only, on behalf of all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CRC PROPERTY MANAGEMENT WEST INC, et al.,<br><br>Defendants. | Case No.: 19cv1547-JAH(MSB)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY HEARING** |

On November 13, 2019, Plaintiff filed an "*Ex Parte* Application to (1) Stay Discovery Pending a Ruling on Plaintiff's Motion to Remand; or (2) Quash Defendant's Subpoena; (3) Request for Sanctions Against Defendant." (ECF No. 33.) On December 2, 2019, Defendant CRC Property Management West, LLC filed an Opposition, (ECF No. 35), and on December 13, 2019, Plaintiff filed a Reply in support of his *ex parte* motion. (ECF No. 36.)

///

///

Having reviewed the parties' filings, the Court sets a telephonic Discovery Conference for **January 10, 2020**, at **10:00 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated: January 8, 2020

Honorable Michael S. Berg
United States Magistrate Judge