UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JIMENEZ, in a representative capacity only, on behalf of all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CRC PROPERTY MANAGEMENT WEST INC, et al.,<br><br>Defendants. | Case No.: 19cv1547-JAH(MSB)<br><br>**ORDER GRANTING UNOPPOSED EX PARTE MOTION TO CONTINUE DISCOVERY HEARING [ECF NO. 38]** |

On January 9, 2020, Defendant filed a "*Ex Parte* Application to Continue Discovery Hearing." (ECF No. 38.) Defendant asks the Court to continue the telephonic Discovery Conference currently scheduled for January 10, 2020, at 10:00 a.m. until January 24, 2020, at 9:30 a.m. (Id. at 2-3.) In support, defense counsel states that he has a conflict at the time of the scheduled conference, and Plaintiff does not oppose the request and is available on January 24, 2020. (Id. at 2.)

///

///

///

1

Having reviewed the unopposed *ex parte* motion and finding good cause, the Court **GRANTS** the motion. Accordingly, the telephonic Discovery Conference currently scheduled for **January 10, 2020**, at **10:00 a.m.** is **CONTINUED** until **January 24, 2020**, at **9:30 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated: January 10, 2020

Honorable Michael S. Berg
United States Magistrate Judge