UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JIMENEZ, in a representative capacity only, on behalf of all aggrieved employees,<br><br>                                    Plaintiff,<br><br>v.<br><br>CRC PROPERTY MANAGEMENT WEST INC, et al.,<br><br>                                    Defendants. | Case No.:  19cv1547-JAH(MSB)<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION [ECF NO. 33]** |

On January 24, 2020, the Court held a discovery hearing on Plaintiff's "*Ex Parte* Application to (1) Stay Discovery Pending a Ruling on Plaintiff's Motion to Remand; or (2) Quash Defendant's Subpoena; (3) Request for Sanctions Against Defendant."  (ECF No. 33.)   For the reasons stated on the record, the Court issues the following orders:

/ / /

/ / /

/ / /

/ / /

1

1) The Court **DENIES** Plaintiff's *ex parte* motion to quash Defendant's November 7, 2019 subpoena directed to third party Cellco Partnership d/b/a Verizon Wireless ("Verizon"). The Court **MODIFIES** the subpoena by limiting the time frame of the information sought in the subpoena to **August 2017, through August 7, 2019**. Verizon must produce all documents and information responsive to the subpoena by **February 12, 2020**. Defendant is **ORDERED** to serve the copy of this order on Verizon by **January 29, 2020**.

2) The Court **DENIES** Plaintiff's *ex parte* motion to sanction Defendant and its counsel.

      **IT IS SO ORDERED.**

Dated: January 24, 2020

                         Honorable Michael S. Berg
                         United States Magistrate Judge

19cv1547-JAH(MSB)